**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 96-2401**

_____

YORK PARK APARTMENTS,

Plaintiff - Appellee,

versus

GLORIA HILL,

Defendant - Appellant.


_____

**No. 96-2410**

_____

YORK PARK APARTMENTS,

Plaintiff - Appellee,

versus

GLORIA HILL,

Defendant - Appellant.


_____

Appeals from the United States District Court for the District of
Maryland, at Baltimore. William M. Nickerson, Catherine C. Blake,
District Judges. (CA-96-2202-WMN, CA-96-2755-WMN)

_____

Submitted: December 17, 1996      Decided: December 27, 1996

_____

Before WIDENER, MURNAGHAN, and MICHAEL, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

Gloria Hill, Appellant Pro Se. Minda Frahm Goldberg, WARTZMAN, OMANSKY, BILBAUM, SIMONS, STEINBERG, SACHS & SAGAL, Towson, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gloria Hill seeks to appeal the district court's orders remanding these actions for back rent and breach of lease to the state court from which they were removed. Because the remands are not appealable pursuant to 28 U.S.C.A. § 1447(d) (West 1996), we grant Appellee's motion to dismiss case No. 96-2401 and dismiss case No. 96-2410 for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED